

Activity in Case 4:15-cv-01590-HEA Peabody Energy Corporation v. United Mine Workers of America Docket Text Order

Moed_AutoSend
to:
MOED_ECF_Notification
02/04/2016 04:21 PM
Hide Details
From: Moed_AutoSend@moed.uscourts.gov

To: MOED_ECF_Notification@moed.uscourts.gov

History: This message has been forwarded.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Missouri

### Notice of Electronic Filing

The following transaction was entered on 2/4/2016 at 4:20 PM CST and filed on 2/4/2016
**Case Name:**   Peabody Energy Corporation v. United Mine Workers of America
**Case Number:**   4:15-cv-01590-HEA
**Filer:**
**WARNING: CASE CLOSED on 02/04/2016**
**Document Number:** 22(No document attached)

**Docket Text:**
**Docket Text ORDER OF DISMISSAL - SO ORDERED. Signed by District Judge Henry Edward Autrey on 2/4/16. (KJS)**

**4:15-cv-01590-HEA Notice has been electronically mailed to:**

Steven N. Cousins     scousins@armstrongteasdale.com

Peter D. Kerth     pkerth@jenkinskling.com, choodenpyle@jenkinskling.com

U.S. BANKRUPTCY COURT     CAMailbox@moeb.uscourts.gov

Heather Lennox     hlennox@jonesday.com, tastachura@jonesday.com

Matthew Curtis Corcoran     mccorcoran@jonesday.com, vdchapman@jonesday.com

Nicole Brown     nbrown@lowenstein.com

Sharon Levine     slevine@lowenstein.com

Philip Gross     pgross@lowenstein.com

Paul Kizel     pkizel@lowenstein.com

**4:15-cv-01590-HEA Notice has been delivered by other means to:**